**Beverly Jo JONES**

**v.**

**J. Jerry PILGRIM**

**2140020**

Court of Civil Appeals of Alabama.

01/23/2015

Dismissed

■

**David MORRIS**

**v.**

**FEDERAL HOME LOAN MORTG. CORP.**

**2140025**

Court of Civil Appeals of Alabama.

02/06/2015

Affirmed

■

**Lisa A. WILLIS CONN**

**v.**

**William B. WILLIS III and Bass Homes, Inc.**

**2140034**

Court of Civil Appeals of Alabama.

03/06/2015

Affirmed

■

**John Scott MORGAN**

**v.**

**Jonathan Keith PEPPER and Cary Allison Pepper**

**2140040**

Court of Civil Appeals of Alabama.

03/20/2015

Affirmed

■

**Rachel LOVVORN**

**v.**

**Joshua LEDBETTER**

**2140053**

Court of Civil Appeals of Alabama.

01/08/2015

Dismissed